UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

MICRO ESSENTIAL LABORATORY, INC.,

          Plaintiff,

-against-

ENZYMEDICA, INC.,

          Defendant.

-----------------------------------------------------------x

Civil Action No.: 13-cv-03701-RRM-MDG

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE**

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1), that the complaint in this action is dismissed with prejudice, each party to bear its own costs.

Dated: New York, New York
       October 30, 2013

ABRAMS, FENSTERMAN, FENSTERMAN,
EISMAN, FORMATO, FERRARA &
EINIGER, LLP

_____
Keith J. Singer, Esq.
1111 Marcus Avenue, Suite 107
Lake Success, New York 11042
Tel: (516) 328-2300
HFensterman@abramslaw.com
Attorneys for Plaintiff

COWAN, LIEBOWITZ & LATMAN, P.C.

_____
Jonathan Z. King, Esq.
1133 Avenue of the Americas
New York, NY 10036
Tel: (212) 790-9200
jzk@cll.com
Attorneys for Defendant

IT IS SO ORDERED, this _____ day of _____, 2013.

_____
                             U.S.D.J.